E-FILED
Wednesday, 18 June, 2008  10:53:24 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

**FILED**

JUN 1 7 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal No. 08-10044 |
| | ) | VIO: 21 U.S.C. §§846, 841(a)(1), 841(b)(1)(B) |
| GERALD LEE MAHNESMITH, JR., A/K/A GARY MAHNESMITH, | ) | |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury charges:

#### Count 1
**(Conspiracy to Distribute Cocaine)**

From in or about 2006, to in or about 2007, in Knox County, within the Central District of Illinois, and elsewhere,

**GERALD LEE MAHNESMITH, JR.,
A/K/A GARY MAHNESMITH,**

the defendant herein, did knowingly conspire, confederate, and agree with other persons, known and unknown to the grand jury, to commit certain acts in violation of the laws of the United States, to wit: to knowingly distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, §§841(a)(1) and 841(b)(1)(B).

2.      This conspiracy involved more than five-hundred (500) grams of a mixture and

1

substance containing cocaine.

## OVERT ACTS

3. In furtherance of the conspiracy and to accomplish its objective of distributing cocaine, the defendant and other persons, did commit overt acts, including but not limited to the following:

A. During the period of the conspiracy, various persons would obtain cocaine;

B. During the period of the conspiracy, various persons would transport the cocaine from locations outside of the Central District of Illinois into the Central District of Illinois;

C. During the period of the conspiracy, various persons would weigh and repackage the cocaine;

D. During the period of the conspiracy, various persons would distribute the cocaine;

E. During the period of the conspiracy, various persons would collect money from the sale of the cocaine;

F. During the period of the conspiracy, various persons possessed drug paraphernalia used in the drug trafficking business, including but not limited to scales, cutting agents, and packaging material;

G. During the period of the conspiracy, various persons stored cocaine;

H. During the period of the conspiracy, various persons met to arrange the distribution of cocaine, to distribute cocaine, and to receive money from the sale of cocaine.

I. During the period of the conspiracy, various persons involved trafficked in

more than 500 grams of cocaine.

All in violation of Title 21, United States Code §§846 and 841(b)(1)(B).

A True Bill,

s/ Foreperson

Foreperson

s/ Assistant U.S. Attorney

RODGER A. HEATON
UNITED STATES ATTORNEY

BWM/ksr