## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF ILLINOIS

## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Criminal No. 08-10044 |
| ) | |
| GERALD LEE MAHNESMITH, JR. ) | |
| ) | |
| Defendant. ) | |

### PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Petitioner, the United States of America, by Rodger A. Heaton, United States Attorney, and Bradley W. Murphy, Assistant United States Attorney, respectfully represents to this Honorable Court that **Gerald Mahnesmith, Jr., Inmate No. R02094**, defendant herein, is now confined in the Illinois River Correctional Center in the custody of the Warden of said institution, and that a hearing in the above-entitled cause has been set for July 28, 2008 at 9:00 a.m. in this Court.

**WHEREFORE**, your petitioner prays that a Writ of Habeas Corpus Ad Prosequendum be directed to the Warden of the Illinois River Correctional Center and/or the United States Marshal for the Central District of Illinois, respectively, commanding the production of said **Gerald Mahnesmith, Jr., Inmate No. R02094**, before this Court at the Federal Building and U.S. Courthouse, 100 NE Monroe Street, Peoria, Illinois, on July 28, 2008 at 9:00 a.m., and from day to day thereafter as may be necessary; and at the termination of the proceedings against the

defendant to return him to the custody of the Illinois River Correctional Center.

                    UNITED STATES OF AMERICA

                    RODGER A. HEATON
                    UNITED STATES ATTORNEY


                    s/ Bradley W. Murphy
                    **BRADLEY W. MURPHY**
                    Assistant United States Attorney
                    One Technology Plaza, Suite 400
                    211 Fulton Street
                    Peoria, Illinois 61602
                    Telephone: 309/671-7050

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Criminal No.  08-10044 |
| | ) | |
| GERALD LEE MAHNESMITH, JR. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that **Gerald Mahnesmith, Jr., Inmate No. R02094**, is presently incarcerated in the Illinois River Correctional Center  it further appearing that **Gerald Mahnesmith, Jr., Inmate No. R02094**, was named as defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on July 28, 2008 at 9:00 a.m..

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of Illinois River Correctional Center  and/or the United States Marshal for the Central District of Illinois, to transport the said **Gerald Mahnesmith, Jr., Inmate No. R02094** to the Central District of Illinois, and to produce the said **Gerald Mahnesmith, Jr.** on July 28, 2008 at 9:00 a.m. in the Federal Building at 100 NE Monroe

Street, Peoria, Illinois, in connection with this cause and then and there to present the defendant before the Court and from day to day thereafter as may be necessary.

_____
**JOHN A. GORMAN**
UNITED STATES MAGISTRATE JUDGE
CENTRAL DISTRICT OF ILLINOIS

**ENTERED** this _____ day of July, 2008.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**AT PEORIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Criminal No. 08-10044 |
| | ) |
| GERALD LEE MAHNESMITH, JR. | ) |
| | ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE WARDEN OF THE ILLINOIS RIVER CORRECTIONAL CENTER AND TO ANY UNITED STATES MARSHAL:

**G R E E T I N G S:**

WE COMMAND that you produce and deliver the body of **Gerald Mahnesmith, Jr., Inmate No. R02094**, now in your custody in the Illinois River Correctional Center before the Honorable John A. Gorman, United States Magistrate Judge, Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on July 28, 2008 at 9:00 a.m. in order that **Gerald Mahnesmith, Jr., Inmate No. R02094**, may be present for purposes of a hearing in the above-entitled cause and after said hearing and the disposition of said matters that you return **Gerald Mahnesmith, Jr., Inmate No. R02094**, under safe and secure conduct to the custody of the Illinois River Correctional Center .

DATE: _____        _____
                                    PAMELA E. ROBINSON, Clerk
                                    United States District Court
                                    Central District of Illinois