E-FILED
Tuesday, 08 July, 2008  09:28:31 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF ILLINOIS

## AT PEORIA

FILED

JUL - 7 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Criminal No.  08-10044 |
| | ) | |
| GERALD LEE MAHNESMITH, JR. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

This matter coming on to be heard on the Petition of the Government, and it appearing to the Court that **Gerald Mahnesmith, Jr., Inmate No. R02094**, is presently incarcerated in the Illinois River Correctional Center  it further appearing that **Gerald Mahnesmith, Jr., Inmate No. R02094**, was named as defendant in the above-entitled cause and his appearance is necessary in connection with these proceedings on July 28, 2008 at 9:00 a.m..

**IT IS THEREFORE ORDERED** that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the Warden of Illinois River Correctional Center  and/or the United States Marshal for the Central District of Illinois, to transport the said **Gerald Mahnesmith, Jr., Inmate No. R02094** to the Central District of Illinois, and to produce the said **Gerald Mahnesmith, Jr.** on July 28, 2008 at 9:00 a.m. in the Federal Building at 100 NE Monroe

1

Street, Peoria, Illinois, in connection with this cause and then and there to present the defendant

before the Court and from day to day thereafter as may be necessary.

s/ John A. Gorman

**JOHN A. GORMAN**
UNITED STATES MAGISTRATE JUDGE
CENTRAL DISTRICT OF ILLINOIS

**ENTERED** this _____ day of July, 2008.

2