E-FILED
Tuesday, 08 July, 2008 09:31:02 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiffs, | ) |
| v. | ) Criminal No. 08-10044 |
| GERALD LEE MAHNESMITH, JR. | ) |
| Defendant. | ) |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:  THE WARDEN OF THE ILLINOIS RIVER CORRECTIONAL CENTER AND TO ANY UNITED STATES MARSHAL:

**GREETINGS:**

WE COMMAND that you produce and deliver the body of **Gerald Mahnesmith, Jr., Inmate No. R02094**, now in your custody in the Illinois River Correctional Center before the Honorable John A. Gorman, United States Magistrate Judge, Federal Building and United States Courthouse, 100 NE Monroe Street, Peoria, Illinois, on July 28, 2008 at 9:00 a.m. in order that **Gerald Mahnesmith, Jr., Inmate No. R02094**, may be present for purposes of a hearing in the above-entitled cause and after said hearing and the disposition of said matters that you return **Gerald Mahnesmith, Jr., Inmate No. R02094**, under safe and secure conduct to the custody of the Illinois River Correctional Center.

DATE: 7/7/08

s/ Pamela E. Robinson
PAMELA E. ROBINSON, Clerk
United States District Court
Central District of Illinois