E-FILED
 Monday, 28 July, 2008  01:23:09 PM
 Clerk, U.S. District Court, ILCD

# United States District Court
### Central District of Illinois

| | |
|---|---|
| **UNITED STATES OF AMERICA** </br>    Plaintiff | ) </br> ) </br> ) </br> ) CASE NO. **08-10044** </br> ) |
| **Gary Mahnesmith** </br>    Defendant | ) </br> ) </br> ) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial at **9:00 a.m.** on **Friday, September 5, 2008.**

This matter is set for Jury Trial at 8:30 A.M. on **Monday, September 22, 2008.**

at

Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 28th day of July, 2008.

                                      s/ John A. Gorman

                                      _____

                                      JOHN A. GORMAN
                                      U.S. MAGISTRATE JUDGE