E-FILED
Monday, 28 July, 2008  04:55:15 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 08-10044 |
| GERALD MAHNESMITH, | ) ) ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF INTENT TO USE EVIDENCE OF PRIOR CONVICTIONS**

Now comes the United States of America, by its attorneys, Rodger A. Heaton, United States Attorney and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and hereby notifies the defendant, Gerald Mahnesmith, and his counsel, Derek Asbury, that it intends to seek an enhancement of the defendant's sentence under 21 U.S.C. §851 for the following felony drug convictions:

| Date | County | Case No. | Offense |
|---|---|---|---|
| 8/26/00 | Knox County | 99-CF-338 | Possession 15<100 Grams Cocaine |
| 8/26/00 | Knox County | 99-CF-478 | Manufacture/Delivery Cannabis 30 - 500 Grams |
| 8/26/00 | Knox County | 00-CF-499 | Possession 15+ Grams Cocaine |
| 8/18/07 | Peoria County | 07-CF-359 | Possession Cannabis/30-500 Grams |
| 8/18/07 | Peoria County | 07-CF-502 | Possession Amount Controlled Substance Except (A)(D) |
| 8/22/07 | Knox County | 07-CF-461 | Possession of a Controlled Substance |

        Respectfully submitted,

        UNITED STATES OF AMERICA

        RODGER A. HEATON
        UNITED STATES ATTORNEY


        s/: Bradley W. Murphy
        BRADLEY W. MURPHY
        Assistant United States Attorney
        One Technology Plaza, Suite 400
        211 Fulton Street
        Peoria, Illinois 61602
        Telephone: 309.671.7050

**CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Derek Asbury, Attorney for the Defendant.

 s/: Kim Ritthaler
Kim Ritthaler
Legal Assistant